| | |
|---|---|
| 1 | SCOTT BURESH (BAR NO. 70319) |
| | RAMON M. GONZALES (BAR NO. 220891) |
| 2 | BURESH, KAPLAN, JANG & FELLER |
| | 2298 Durant Avenue |
| 3 | Berkeley, CA  94704 |
| | Telephone: (510) 548-7474; Facsimile: (510) 548-7488 |
| 4 | rgonzalez@bkjf.com |
| | J. ROBERT CHAMBERS *(Pro Hac Vice)* |
| 5 | THEODORE R. REMAKLUS *(Pro Hac Vice)* |
| | BEVERLY A. LYMAN *(Pro Hac Vice)* |
| 6 | P. ANDREW BLATT *(Pro Hac Vice)* |
| | WOOD, HERRON & EVANS, LLP |
| 7 | 2700 Carew Tower |
| | 441 Vine Street |
| 8 | Cincinnati, OH  45202-2917 |
| | Telephone: (513) 241-2324; Facsimile: (513) 241-7269 |
| 9 | bchambers@whepatent.com |
| | Attorneys for Plaintiff/Counterdefendant THERMAGE, INC. |
| 10 | |
| | CHARLES S. BARQUIST (SBN 133785) |
| 11 | ANTHONY L. PRESS (SBN 125027) |
| | MORRISON & FOERSTER LLP |
| 12 | 555 West Fifth Street, Suite 3500 |
| | Los Angeles, California  90013-1024 |
| 13 | Telephone: (213) 892-5200; Facsimile: (213) 892-5454 |
| | apress@mofo.com |
| 14 | JILL D. NEIMAN (SBN 164702) |
| | MORRISON & FOERSTER LLP |
| 15 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 16 | Telephone: (415) 268-7000; Facsimile: (415) 268-7522 |
| | jneiman@mofo.com |
| 17 | Attorneys for Defendants/Counterclaimants |
| | SYNERON MEDICAL LTD. and SYNERON INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERMAGE, INC., | Case No.   C-04-2995-CRB |
| Plaintiff, | |
| v. | JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISMISSAL WITH PREJUDICE |
| SYNERON MEDICAL LTD. and SYNERON INC., | |
| Defendants. | Honorable Charles R. Breyer |
| AND RELATED COUNTERCLAIMS | |

STIPULATED DISMISSAL AND [PROPOSED] ORDER
CASE NO. C-04-2995-CRB

sf-1915438

1      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Counterdefendant

2  Thermage, Inc. ("Thermage") and Defendants and Counterclaimants Syneron Medical Ltd. and

3  Syneron Inc. (collectively, "Syneron"), through their respective counsel of record, hereby jointly

4  stipulate to the dismissal with prejudice of this entire action as follows:

5      1.     Thermage's claims regarding the alleged infringement of U.S. Patent Nos. 5,755,753,

6  5,919,219, 5,948,011, 6,405,090, 6,377,855 and 6,749,624 are dismissed with prejudice in their

7  entirety;

8      2.     Syneron's counterclaims regarding the alleged noninfringement and invalidity of U.S.

9  Patent Nos. 5,755,753, 5,919,219, 5,948,011, 6,405,090, 6,377,855 and 6,749,624 and Syneron's

10 counterclaim regarding the alleged unenforceability of U.S. Patent No. 6,749,624 are dismissed with

11 prejudice in their entirety;

12     3.     Syneron's counterclaim regarding the alleged infringement of U.S. Patent No.

13 5,569,242 is dismissed with prejudice in its entirety;

14     4.     Thermage's counterclaim-in-reply regarding the alleged noninfringement, invalidity

15 and unenforceability of U.S. Patent No. 5,569,242 is dismissed with prejudice in its entirety;

16     5.     Each party shall bear its own attorney's fees and costs relating to this action.

17     6.     The parties respectfully request that the Court enter the Order attached hereto.

18

19     SO STIPULATED:

20

21

22     Dated: June 8, 2005          WOOD, HERRON & EVANS, LLP

23                                  By:            /S/
24                                          J. Robert Chambers

25                                  *Attorneys for Plaintiff/Counterdefendant*
                                    *THERMAGE, INC.*

26

27

28

STIPULATED DISMISSAL AND [PROPOSED] ORDER                                            1
CASE NO. C-04-2995-CRB

sf-1915438

1  Dated: June 8, 2005        MORRISON & FOERSTER LLP

2
                              By:        /S/
3                                    Jill D. Neiman

4                             *Attorneys for Defendants/Counterclaimants
                              SYNERON MEDICAL LTD. and SYNERON INC.*
5

6

7
    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
8
"conformed" signature (/S/) within this e-filed document.
9

10  Dated:  June 8, 2005       MORRISON & FOERSTER LLP

11

12                            By:        /S/
                                     Jill D. Neiman
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
STIPULATED DISMISSAL AND [PROPOSED] ORDER                                                    2
CASE NO. C-04-2995-CRB

sf-1915438

1  **[PROPOSED]** **ORDER**

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT HEREBY ORDERED THAT

3  this entire action is dismissed with prejudice as follows:

4  1. Thermage's claims regarding the alleged infringement of U.S. Patent Nos. 5,755,753,

5  5,919,219, 5,948,011, 6,405,090, 6,377,855 and 6,749,624 are dismissed with prejudice in their

6  entirety;

7  2. Syneron's counterclaims regarding the alleged noninfringement and invalidity of U.S.

8  Patent Nos. 5,755,753, 5,919,219, 5,948,011, 6,405,090, 6,377,855 and 6,749,624 and Syneron's

9  counterclaim regarding the alleged unenforceability of U.S. Patent No. 6,749,624 are dismissed with

10  prejudice in their entirety;

11  3. Syneron's counterclaim regarding the alleged infringement of U.S. Patent No.

12  5,569,242 is dismissed with prejudice in its entirety;

13  4. Thermage's counterclaim-in-reply regarding the alleged noninfringement, invalidity and

14  unenforceability of U.S. Patent No. 5,569,242 is dismissed with prejudice in its entirety;

15  5. Each party shall bear its own attorney's fees and costs.

17  Dated: June 09, 2005

19  _____
Charles R. Breyer
United States District Judge

*APPROVED — Charles R. Breyer — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*